394 P.2d 599

**A. Z. WILLIAMS, Petitioner,**

v.

**Harold A. COX, Warden, Respondent.**

**No. 146 HC.**

Supreme Court of New Mexico.

Aug. 17, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

394 P.2d 599

**Ex parte Charles W. OWENS, Petitioner.**

**No. 150 HC.**

Supreme Court of New Mexico.

Aug. 17, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

394 P.2d 599

**Donald Dean McGILL, Petitioner,**

v.

**The DISTRICT COURT OF SANTA FE COUNTY, Santa Fe, New Mexico, Respondent.**

**No. 149 HC.**

Supreme Court of New Mexico.

Aug. 17, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.